**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-6975**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CARL ROBERT CHRISTY,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (CR-89-9)

_____

Submitted:  November 30, 2005        Decided:  January 5, 2006

_____

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Carl Robert Christy, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carl Robert Christy appeals the district court's order denying his former Fed. R. Crim. P. 35(a) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>See</u> <u>United States v. Christy</u>, No. CR-89-9 (E.D.N.C. filed May 23, 2005 & entered May 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>